**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**
**WILMINGTON DIVISION**

844 North King St Unit 18
Wilmington, DE 19801-3570

**Kendall W. Hamilton**
**Mortgage Rescission Crime Victim,**
**Defrauded Mortgagor,**
**Defrauded Bankruptcy Petitioner &**
**Crime Victims' Rights Claimant**
        *Pro Se* **Plaintiff**

-vs-



Case#: __1 6 -__  __5 0 1__
**JURY TRIAL REQUESTED**

**15 USC 1635 Enforcement**
**Order; Emergency Permanent**
**Restraining Order; Quiet Title**
**Action & Crime Victims' Rights**
**(per 18 USC 3771 & Federal**
**Rule 60 – Victim's Rights)**

**U.S. Bank National Association, as Trustee**
**For the Structured Asset Securities Corporation,**
**Mortgage Pass-Through Certificates, 2006-EQ1**
**Assignee of Mortgage Electronic Registration Systems,**
**Inc., as nominee for 'Defunct' EquiFirst Corporation**
        **Defendants**

## NOTICE

**PLEASE TAKE NOTICE that I, Kendall W. Hamilton, [hereafter Plaintiff]** come before this Court with Clean Hands and seek to be 'Made Whole' for known crimes (Banking Mortgagee Fraud: Loan Origination Fraud, Underwriting Fraud & TILA Disclosure Fraud; LIBOR Manipulation Licensee Fraud; Banking U.S. Dollar Manipulation Fraud; Banking MBS/REMIC Securities Fraud; Forgery; Conspiracy; Slander of Title;  Grand Larceny Real Estate and Grand Larceny of Mortgagor's Funds by way of "Mortgagee Rescission Fraud") committed against Plaintiff.

Plaintiff prays that this Court expeditiously and fully implement : **(a)** Request an 'Emergency Permanent Restraining Order' (EPRO) against Defendant and all of Defendant's Agents and Known and unknown silent securitization partners; (b) Request an Order to reverse an illegal 'Foreclosure Action,' 'Sheriff Sale,' and 'Pending Eviction'; **(b)** Request an Order for this Court to issue an 'Enforcement Order' to immediately implement all of Plaintiff's rights, under my fully executed **'Mortgage Rescission Action' via 15 USC 1635**, which the Defendant has defaulted on and **therefore has no rights of any defense or relief, under law**; **(c)** An Order clearly establishing that Plaintiff is the sole legal and rightful owner of the subject property (my family residence) and **(d) An Order** for this Court to implement an 'Enforcement Order' for Plaintiff's Federal/State "CRIME Victims' Rights, Relief and Protections as defined by: **"18 U.S.C. 3771, Crime Victim's Rights Act"** / **Federal Rule 60 – Victim's Rights;** and **Delaware Code, Title 11, Chapter 94, "Victims' Bill of Rights**," Sections: 811, 841, 846, 848, 854, 861, 1312...as well as, Securities Fraud as delineated under Title 6, Chapter 73 of the Securities Act, plus my rights under **18 USC 241 and 18 USC 242, for the criminal violations I have experienced by the Defendant, Defendant's Agents and Partners.**

Plaintiff is submitting this action under the requirements of **18 USC 4**, and request that all Court and Law Enforcement personnel processing this action, also comply to the requirements, so set forth in   **18 USC 4.**

Dated this 24ᵗʰ day of June 2016, by

**Kendall W. Hamilton**
**Mortgage Rescission Crime Victim,**
**Defrauded Mortgagor,**
**Defrauded Bankruptcy Petitioner &**
**Crime Victims' Rights Claimant**
**143 N. Katrin Circle**
**New Castle, DE 19720**
**Email: khamilton7777@yahoo.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
WILMINGTON DIVISION

Kendall W. Hamilton
Mortgage Rescission Crime Victim,
Defrauded Mortgagor,
Defrauded Bankruptcy Petitioner &
Crime Victims' Rights Claimant
          *Pro Se* Plaintiff

-vs-

Case#: 1 6 - 5 0 1
_____
JURY TRIAL REQUESTED

15 USC 1635 Enforcement
Order; Emergency Permanent
Restraining Order; Quiet Title
Action & Crime Victims' Rights
(per 18 USC 3771 & Federal
Rule 60 – Victim's Rights)

U.S. Bank National Association, as Trustee
For the Structured Asset Securities Corporation,
Mortgage Pass-Through Certificates, 2006-EQ1
Assignee of Mortgage Electronic Registration Systems,
Inc., as nominee for 'Defunct' EquiFirst Corporation
          Defendants

_____

COMPLAINT FOR 15 USC 1635 ENFORCEMENT ORDER – AN EMERGENCY PERMANENT
RESTRAINING ORDER – AN ORDER TO 'QUIET TITLE' IN FAVOR OF PLAINTIFF – AN ORDER TO
IMPLEMENT PLAINTIFF's CRIME VICTIMS' RIGHTS – AND AN ORDER TO COMBINE THE
SUPERIOR COURT's CASE #N11L-05-209 ALR WITH THIS ACTION

_____

## INTRODUCTION

**COMES NOW, Kendall W. Hamilton, hereafter Plaintiff,** comes before this Court with
Clean Hands. **Plaintiff** seeks to be 'Made Whole' for known crimes (Banking Mortgagee Fraud:
Loan Origination Fraud, Underwriting Fraud & TILA Disclosure Fraud; LIBOR Manipulation

Licensee Fraud; Banking U.S. Dollar Manipulation Fraud; Banking MBS/REMIC Securities Fraud; Forgery; Conspiracy; Aggravated Identity Theft; Slander of Title;  Grand Larceny Real Estate (my primary residence) and Grand Larceny of Mortgagor's Funds by way of "Mortgagee Rescission Fraud" under 15 USC 1635) committed against Plaintiff.

Plaintiff has been forced to seek protection and proper relief from this honorable Court, because **all of my efforts to file criminal actions against the Defendant, et al,** via the local law enforcement, the judiciary and even the attorney general's office, **has been a very exhaustive and demeaning experience**. It is my belief and understanding,  that the evidence I have presented by the Federal Bureau of Investigation (FBI), U.S. Department of Justice, and others, regarding the Felony Banking Crimes admitted to by various bankers; clearly establishes that my illegal 'LIBOR Note & Mortgage' were directly negatively influenced (to my detriment), by the "LIBOR Manipulation Fraud" and the "U.S. Currency / Dollar Manipulation Fraud" Conviction Cases. The local law enforcement personnel, the local judiciary personnel and the personnel at the Delaware A.G.'s office had no clue or interest in criminal banking issues and how these matters directly impacted me. Therefore, **Plaintiff comes before this Court  and sues Defendant** for all relief, rights and protections mandated under **my executed 15 USC 1635 'Mortgage Rescission Action**; and seek to 'Quiet My Title'; and seek to immediately secure ALL of my Federal/State Crime Victims' Rights; and seek to secure a 'Emergency Permanent Protection Order' and an 'Emergency Injunctive Order' to reverse all illegal foreclosure actions and fraudulent claims made by the Defendant, Defendant's Agents and Securitization Partners. The Plaintiff has endured 'financial terrorism' over two years by way of Defendant's illegal actions, and prays that this honorable Court acts swiftly as required under 18 USC 3771 (a)(1), (a)(6), (a)(7), (a)(8), (b)(1), (d)(1) and Federal Rule 60 – Victim's Rights (b)(1)

I am respectfully requesting that the Court grant me the complete and full complement of rights, protections and relief as require in law, as a crime victim of multiple Federal 'Felony Banking Crimes' (as listed above). I am in eminent danger of evicted from my family home; NOT by the 'Defunct' Mortgagee...but by an entity who has "NO STANDING" - U.S. Bank, N.A. (see their recent admission to this fact, at Exhibit D). U.S. Bank, N.A. fraudulent 'STOLE' my home, **using fraudulent, illegal, Rescinded/Voided and Un-Consummated 'Note and Mortgage', which were originated fraudulently in Delaware!  It is my belief that many of the illegal actions taken against me by the Defendant, Defendant's duplicitous Agent and Securitization partners are (in part) because my "Race – African American, Color – Black".**

## The  PARTIES

1. Plaintiff is Kendall W. Hamilton.  Plaintiff is  acitizen of the State of Delaware and the United States of America.  Plaintiff presently resides at: **143 N. Katrin Circle, New Castle, DE 19720.**

2. Defendant is U.S. Bank National Association, as Trustee for the Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, 2006-EQ1, Assignee of Mortgage Electronic Registration Systems, Inc., as nominee for the 'Defunct' EquiFirst Corporation (the alleged Mortgagee of the subject illegal LIBOR Note & Mortgage). The Defendant, nor the Defendant's Attorney have presented any lawful evidence before the lower court, or law enforcement, that establishes that they have 'Legal Standing' to take any action against Plaintiff. The Defendant's true status is unknown and their legal status to operate as a Trustee for Securitized Instruments in the State of Delaware is also unknown. Plaintiff will be 'Serving' Defendant via their duplicitous attorney...Brian T. Murray, Esq. (#2485) of 903 S. College Ave., Newark, DE 19713. **Mr. Murray represented Plaintiff in this same real estate transaction...and is now representing the Defendant in this case (who stole my home) and is also representing the entity (NCRC Housing Rehab Fund, LLC) who purchased stolen property (my home) from the Defendant...classic conflict of interest and obstruction of justice violations.**

## JURISDICTION

3. This Court has jurisdiction over this action pursuant to the illegally created LIBOR financial products (Note & Mortgage), were marketed, implemented and illegal recorded in Delaware. Additionally, this Court is the proper venue, due to:

a) The Alleged Trustee, U.S. Bank, N.A. played a key role in securitizing my illegal LIBOR Note and Mortgage, in the subject  **Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, 2006-EQ1, Assignee of Mortgage Electronic Registration Systems, Inc., as nominee for 'Defunct' EquiFirst Corporation;  which involved Intra-State and Inter-State commerce.**

b) The Alleged Trustee, U.S. Bank, N.A. did knowingly utilized defective and illegal '**Financial Products Components**' (Rigged LIBOR, Rigged U.S. Dollar Currency and 'Stolen Personal Identification Data') to populate the stated mortgaged backed securitized trust;

c) The Alleged Trustee, U.S. Bank, N.A. did knowingly market, sell and resell the subject fraudulent financial products into the 'Secondary Securities Market' which adversely impacted the 'soundness' of the American economy and adversely impacted Plaintiff and thousands of other American Consumers, as amply explained in the Criminal Felony Banking Convictions adjudicated through Federal District Courts in New York and Connecticut, dealing with London Inter Bank Offered Rate (hereafter LIBOR) and U.S. Dollar/Currency Rigging and/or Manipulation. **Plaintiff's Note and Mortgage were directly influenced by the LIBOR and U.S. Dollar/ Currency Manipulation (via Pricing and Underwriting) as a key "Underlying Asset"** of the stated **Securitized Trust.** The

subject MBS/REMIC Securities directly impacts the financial well being of the United States of America, as well as America's financial standings in the Global Market place, since American Investors and Foreign Investors purchased interest in the referenced MBS/REMIC Securities. The key Criminal Felony Banking Conviction Cases directly tied to Plaintiffs' case are:

## LIBOR MANIPULATION FRAUD CASES:

- The United States v. Barclays PLC
- The United States v. Llyods Banking PLC
- The United States v. Deutsche Bank
- The United States v. The Royal Bank of Scotland PLC
- The United States v. Paul Robson, Paul Thompson, Tetsuya Motomura
- The United States v. Darrell Read, Daniel Wilkinson and Colin Goodman
- The United States v. RBS Securities Japan Limited
- The United States v. Tom Alexander, William Hayes and Roger Darin
- The United States v. COOPERATIEVE Centrale Raiffeisen-Boerenleenbank B.A. (Rabobank)
- The United States v. UBS, AG, and

## U.S. DOLLAR/CURRENCY MANIPULATION FRAUD CASES:

- The United States v. JP Morgan Chase
- The United States v. Barclays PLC
- The United States v. The Royal Bank of Scotland PLC
- The United States v. CITI CORP
- The United States v. UBS, AG.

4. This Court has jurisdiction over this action also pursuant to 18 USC 3771 (a)(1-8), (b)(1) and (d)(1); as well as Federal Rule 60 – Crime Victims, (b) Enforcement..., which specifically addresses my claims as a Crime Victim, for the illegal actions enumerated in the aforementioned criminal banking fraud cases.

5. This Court has jurisdiction over this action also pursuant to **15 USC 1635** based on criminal activities in the financial market place, which adversely influenced the 'Pricing' on my illegally purchased LIBOR Note and Mortgage. The subject financial products (Note & Mortgage) were '**Never Consummated'** and **Void *ab initio*,** due to a multitude of banking crimes. These facts are supported in the recent U.S. Supreme Court decision, in **Jesinoski v. Countrywide** (2015).

6.  This Court has jurisdiction over this action also pursuant to the Federal Truth in Lending Act (TILA).  Due to the aforesaid criminal activities, Plaintiff never received "Truthful" and "Accurate" Cost of Credit Transactional Data and "Good Faith Estimates" for my subject Note an Mortgage.

7.  This Court has personal jurisdiction over Defendant because Plaintiff's claims arise out of actions taken by Defendants in this judicial district.

## VENUE

8.  Venue is proper in this judicial district based on all actions (loan origination, loan underwriting, loan funding, willful utility of known defective and illegal 'financial product components; forged documents & false recordation of mortgage documents in the public record, , etc.) associated with the subject Note and Deed of Trust, occurred in this judicial district.

## FACTUAL  BACKGROUND

9.  Plaintiffs'  unknowingly purchased an illegal **LIBOR SIX MONTH ADJUSTABLE RATE LOAN, by EquiFirst Corporation (who securitized my subject LIBOR Note & Mortgage).  EquiFirst Corporation (now a defunct and expired corporation) was a LIBOR License holder – granted by the British Banking Association (BBA), the creator and Global manager of LIBOR.  Due to the illegal 'Rigging/Manipulation' of LIBOR Globally (as demonstrated in the NINE LIBOR CRIMINAL CONVICTION CASES), all U.S./American Consumers were damaged when they signed the Notes/Deeds of Trust for these illegal financial products. ( See - U.S. 9th Circuit Appeals Court decision**: *"Helen Galopes v. Deutsche Bank").*  Plaintiffs **would not** have purchased the subject illegal LIBOR financial products, had we known (by proper mortgagee disclosures), the level of criminal acts encompassing these said illegal financial products.

10.  Plaintiff's **illegal and un-consummated LIBOR Note and Mortgage**, were 'Pre-Sold' and became a part of an illegally constructed Mortgage Backed Securitization (MBS)/Real Estate Mortgage Investment Conduit (REMIC) Trust (the **Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, 2006-EQ1)**.  My LIBOR Note and Mortgage were also illegally tainted by the illegal manipulated LIBOR, through the named Trust Documents of **Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, 2006-EQ1**, with The U.S. Bank, N.A. functioning as the alleged Trustee.  A review of the 'Prospectus' of said Trust also shows how the illegal LIBOR was intricately woven into all pricing and underwriting components of said MBS/REMIC Trust, which illegally impacted my purchased financial products. I unfortunately received a 'double  dose' of the illegally manipulated LIBOR!

11. These aforementioned Federal Conviction Cases dealing with LIBOR and U.S. Dollar, clearly establish why my 'Note and Deed of Trust' (as illegally manipulated LIBOR financial products and financial products predicated upon the rigged U.S. Dollar Currency) were **VOID *ab initio*** (from the beginning); and that my rights under the Truth in Lending Act "TILA" were repeatedly violated and ignored by the Mortgagee and the Mortgagee's co-conspirators. **I would not have purchased these products had I known about the criminal banking activities that had taken place with said financial products.**

12. The U.S. Department of Justice (DoJ) and the Federal Bureau of Investigations (FBI) have secured at least FIVE (5) Felony U.S. Dollar/Currency Convictions, which establishes the illegal financial schemes that were used, to adversely impact the 'Pricing' and 'Underwriting' of the mortgage note secured by our family.

13. Based upon the criminal LIBOR Felony Convictions, the criminal U.S. Dollar/Currency Felony Convictions, Aggravated Identity Theft (the use of stolen Borrower identity information) and a multitude of TILA Material Disclosures Violations and Good Faith Estimate Violations; Plaintiff filed **his 15 USC 1635 'Mortgage Rescission Action' on or about January 30, 2016**. The subject Note and Mortgage **were originated under a set of complete fraudulent conditions**, and the subject financial products were **'NEVER CONSUMMATED', VOID *ab initio*** and **Unenforceable as a matter of Public Policy.**

14. Plaintiff **made the appropriate notice** to the Defendant, *et al*, that the subject **ILLEGAL LIBOR Loan** was "**Void *ab initio***", and therefore immediate **'Rescission'** of said loan was activated. These demands were all willfully and illegally ignored by Defendant, et al. All parties failed woefully to comply with TWENTY "20 Day" timeframe set forth in 15 USC 1635(b), and therefore have all '**DEFAULTED**'...and have forfeited any right to any defense and/or relief.

15. Defendant, et al, individually and collectively have willfully and with criminal intent, violated the Mortgagee Performance Criteria established in **15 U.S.C. 1635**, as well as the mandates established by the **U.S. Supreme Court Decision: *Jesinoski v. Countrywide Home Loans, Inc*.** (2015). It is my understanding and belief that the Defendants' willful refusal to comply with the **Twenty (20) Day mandate,** to fully comply with the aforesaid 'Mortgage Rescission' Federal Statute and the aforesaid unanimous U.S. Supreme Court decision (as they pertain to Plaintiffs' subject case), now establishes that they have committed 'Grand Larceny/Theft of my funds' as of the 21st day following January 30, 2016...the date my Rescission Action was activated. **Based upon these aforesaid ongoing and continuous violation of multiple laws (such as but not limited to: Grand Larceny of our funds; banking fraud; mail fraud; conspiracy; Slander of My Title & refusal to remove known Title Defects, etc.; I am requesting the immediate: (a) the Seizure of the Defendants' Assets until they fully comply with all terms and conditions of 15 USC 1635; and I receive all of my Crime Victims' Rights, Protections and Relief as mandated**

under law.  Additionally, Plaintiff requests that the Court send a strong message for the additional crimes the Defendants have willfully implemented against Plaintiff, and I ask for the Court to immediately issue 'Arrest Warrants' for all personnel directly and indirectly responsible for :

- ❖ Refusing/Failing to 'Disgorge and Remit' to Plaintiff, the plus, One Hundred Sixty Thousand Dollars (+ $160,000.00,000.00), plus Six Percent (6%) monthly compounded interest , starting from April 27, 2006 to the date of payment).  As the Court already knows, Under 15 USC 1635, Plaintiff is entitled to the full amount of money listed by the Mortgagee in the fully amortized 'Good Faith Estimate Disclosure'.  It is my understanding and belief, that the aforesaid amount, is what the Mortgagee/MBS Trustee was able to collect  on my illegal Note and Mortgage, through the 'MBS-Securitization' and/or Secondary Market, when my financial contracts were leveraged into that market, using the 'Full Notional Value'.  The said financial products that were issued to me were fraudulent, illegal and were "NEVER  CONSUMMATED," due to the LIBOR  FRAUD, U.S. Dollar Rate Rigging, Credit Reporting Bureaus Identity Theft and multiple TILA/ RESPA Disclosure violations;

- ❖ Refusing/Failing to return the original "Voided/Cancelled" Note and Mortgage to Plaintiff;

- ❖ Refusing/Failing to 'File/Record' the appropriate "Certificate(s) of Satisfaction" at the County Land Records Office for the subject Note and Mortgage; and provide Plaintiff with a complete set of copies, of the aforementioned recorded documents...these specific acts have prevented me from selling my property, due to existing 'Title Defects' Defendants have refused to correct;

- ❖ Correct Plaintiffs' "Credit Reporting Bureau" reports to reflect all "Rescission" and "Cancellation" of debt correctly;

- ❖ All judicial and non-judicial actions against Plaintiffs and our subject property MUST be reversed and dismissed with prejudice; and

- ❖  Request that the Court issue an 'Enforcement Order' to establish the level of  'Make Whole' remedies and RESTITUTION, as mandated under: 18 USC § 3771 – CRIME VICTIMS' RIGHTS ACT / Federal Rule 60 – Victim's Rights; and  Delaware Code, Title 11, Chapter 94, "Victims' Bill of Rights," Sections: 811, 841, 846, 848, 854, 861, 1312...as well as, Securities Fraud as delineated under Title 6, Chapter 73 of the Securities Act, plus my rights under 18 USC 241 and 18 USC 242,  with a strict timeline for compliance.

16. Under **18 USC 3771, (d) Enforcement of Limitations, (1) RIGHTS: "...A person accused of the crime may not obtain any form of relief under this chapter." Plaintiffs have repeatedly requested protection from the Defendants under this statute at the City/Circuit Court levels, and have been systematically rebuffed.**

## JUSTICIABLE DISPUTE

17. By reason of the foregoing, there now exists a justiciable dispute and controversy for which immediate relief and protections are necessary.

18. Accordingly, Plaintiffs seek injunctive and declaratory relief as set forth herein.

## CLAIMS FOR RELIEF

## COUNT 1

## (VIOLATION OF THE EQUAL PROTECTION CLAUSE OF THE U.S. CONSTITUTION AND CLAIMS UNDER 42 U.S.C. § 1983, AND 18 USC 241 AND 242) (AGAINST ALL DEFENDANTS)

19. Plaintiff repeats and re-allege the allegations contained in each preceding paragraph as if fully set forth herein.

20. The Fourteenth Amendment to the U.S. Constitution provides that no state shall deny to any person within its jurisdiction equal protection of its laws (the "Equal Protection Clause"). The 'Named Defendants' worked in concert with each other to illegally use illegal, voided and un-consummated 'LIBOR Note & Deed of Trust' to continuously terrorize Plaintiffs, to initiate an illegal foreclosure on Plaintiffs, Slander the Title of Plaintiffs' Property through multiple fraudulent mortgage documents being recorded in the Public Record; and by way of the fraudulent and illegal MBS/REMIC Securitization Trust Documents, Pooled Loans Purchase Agreements, etc.) the Defendants implemented for ill-gotten gains! The Equal Protection Clause prohibits states or their subdivisions from allowing such actions to originate and deprive Plaintiffs of their rights. Plaintiffs have been criminally victimized by LIBOR Banking Fraud and U.S. Dollar/Currency Banking Fraud, Mortgagee Identity Theft, Mortgagee's use of Fraudulent and Defective Mortgage Financial Product Components, to construct damaging financial products, Theft of Plaintiffs 'Rescission Funds', Slander of Title, etc..

### 21. 18 USC §§ 241 - Conspiracy Against Rights

*"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so*

*exercised the same; ... They shall be fined under this title or imprisoned not more than ten years, or both;"...*

The evidence clearly shows that Plaintiff's rights have been repeatedly violated under this statute by the Defendants, with criminal intent...and relief, protections, etc., are appropriate.

### 22. 18 U.S. Code § 242 - Deprivation Of Rights Under Color Of Law

*"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death."*

The evidence clearly shows that Plaintiffs' rights have been repeatedly violated under this statute by the Defendants, with criminal intent...and relief, protections, etc., are appropriate.

23. The named Defendants knowingly originated, issued, sold and transferred our defective financial products (OUR Note and Deed of Trust) in contravention to U.S. and Virginia laws, which have been used to steal Plaintiffs' un-returned loan funds and continue to slander the Title on the said property, etc..

## COUNT 2

## (VIOLATION OF THE 18 USC 1635 – RIGHT OF RESCISSION AS TO CERTAIN TRANSACTIONS) (AGAINST ALL DEFENDANTS)

24. Plaintiff repeats and re-allege the allegations  contained in each preceding paragraph as if fully set forth herein.

25. Plaintiff by way of a **CRIMINAL COMPLAINT** and subsequent **'RESCISSION OF MORTGAGE LOAN DUE TO 'LIBOR' BANKING/SECURITIES FRAUD And U.S. DOLLAR/CURRENCY MANIPULATION  FRAUD And DEMAND FOR CRIME VICTIMS' RIGHTS'** Action, has been denied equal protection under U.S. and Virginia constitutions and criminal/civil laws, when our criminal

claims were never investigated and OUR Property and Funds <u>were never returned to Plaintiffs</u> as required under 15 USC 1635.

26. Due to the Criminal Banking LIBOR Crimes and Criminal Banking U.S. Dollar/Currency Manipulation Crimes (which permeated every level of the American financial banking industry), the financial products we purchased and in good faith made payments on, were **Void *ab initio* and were "Never Consummated"**. Plaintiffs' claims fully comply with the **U.S. Supreme Court's** decision criteria, found in: **Jesinoski v. Countrywide**. Plaintiffs submitted their Notice for rescission based upon established Federal Court criminal banking activity and the fact that the subject Note and Mortgage were **"Never Consummated"** and that multiple TILA, Regulation X and Regulation Z material disclosure violations had occurred during the origination of said credit transaction.

## COUNT 3

**(VIOLATION OF THE 18 USC 3771 – CRIME VICTIMS' RIGTHS ACT; <u>FEDERAL RULE 60 – VICTIM'S RIGHTS</u>; AND <u>DELAWARE CODE, TITLE 11, CHAPTER 94, "VICTIMS' BILL OF RIGHTS</u>,"** SECTIONS: 811, 841, 846, 848, 854, 861, 1312...AS WELL AS, SECURITIES FRAUD AS DELINEATED UNDER TITLE 6, CHAPTER 73 OF THE SECURITIES

### (AGAINST ALL DEFENDANTS)

27. Plaintiff repeats and re-allege the allegations contained in each preceding paragraph as if fully set forth herein.

28. 18 USC 3771 (a) RIGHTS OF CRIME VICTIMS.—A crime victim has the following rights: (1) The right to be reasonably protected from the accused. In my case, the 'Accused' are the named Defendants. The Defendants under this statute should not have been allowed to even initiate a Foreclosure on my property and/or any other type of collections activity.

29. 18 USC 3771 (a)(6 – 8) indicate that I have the following rights:

(6) **The <u>right to full and timely restitution</u> as provided in law**.

(7) The right to proceedings free from unreasonable delay.

(8) The right to be treated with fairness and with respect for the victim's dignity and privacy.

30. 18 USC 3771 (b)(1) indicates that I have the following right:

(b) RIGHTS AFFORDED.— (1) IN GENERAL.—In any court proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a)....

31. 18 USC 3771 (d)(1) indicates that I have the following right:

(d) ENFORCEMENT AND LIMITATIONS.— (1) RIGHTS.—The crime victim or the crime victim's lawful representative, and the attorney for the Government may assert the rights described in subsection (a). **A person accused of the crime may not obtain any form of relief under this chapter....** (Bold Text and Underline added).

32. Under the Federal Criminal Rule 60 – Crime Victims, (b) ENFORCEMENT AND LIMITATIONS.

(1) *Time for Deciding a Motion.* The court must promptly decide any motion asserting a victim's rights described in these rules.  Plaintiff is seeking these protections and relief as well.

33. Plaintiff's "Crime Victims' Rights" have been repeatedly violated by the Defendants, the City/State Court System, The City Police and Sheriff's Office; all were contacted for relief, but all refused to provide any assistance and failed in ensuring that the Plaintiff was protected from the Defendant, et al, and/or received his Constitutional protections.  The Defendant, et al, were repeatedly approached by Plaintiff, to request his rights under all statutory enactments he has mentioned above...and he was repeatedly denied all of his relief,  rights and protections.

## COUNT 2
## REMOVE  CLOUD ON TITLE  /  QUIET  TITLE

(To Strike/Remove Documents from the Land Records)

34. Plaintiff re-alleges and incorporates by reference all paragraphs above as though fully set forth in this cause of action.

35. The removal of Defendant, et al, from any ownership documentation, Deed, etc., to Plaintiff's property.  The subject illegal transaction must be expunged completely.

36. Defendant has created a cloud on Plaintiff's title, and in fact, has illegally conspired to steal title from Plaintiff by way of the scheme so delineated above.

37. Plaintiff seeks an ORDER declaring the Defendant's sanctioned Sheriff Sale (to NCRC Housing Rehab Fund, LLC), Sheriff's Foreclosure Deed, Pending Eviction, etc.,  be Voided and to direct the clerk of court to remove any/all documents which imply and/or potentially indicate Defendant's, et al,  unlawful ownership interest in Plaintiff's subject property.

38. Plaintiff seeks an ORDER declaring that Plaintiff's Deed be Restored as him being the sole lawful owner; and immediately the appropriate 'Certificate of Lien Release' as required

under 15 USC 1635 and ALL of Plaintiff's property rights are fully restored and not obstructed in any way.

39. Plaintiff seeks an ORDER declaring that named Defendant, Defendant's duplicitous Attorney and the entity who made false claims as the Purchaser of stolen property, be immediately ARRESTED, and their business licenses immediately revoked for the crimes they willfully and knowingly implemented against me and my family. Defendant's Lower Court Complaint against Plaintiff be "Dismissed With Prejudice," with Criminal Sanctions.

40. Accordingly, Plaintiff is entitled to preliminary and permanent injunctive relief and declaratory relief restraining Defendants from Foreclosing and Evicting Plaintiff from the subject property and all other relief (Rescission Rights/Relief, Crime Victims' Rights, etc.,) for the stated violations of law I have sustained during the entire unlawful 'REAL Estate Credit Transaction'.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor on all claims asserted in this Complaint and that the Court:

A. Hold an Expedited Hearing to Issue preliminary and permanent injunctions restraining Defendant, their officers, employees, agents, successors, co-conspirators and assigns from taking any other formal and/or informal action against Plaintiff, and to issue an Order to combine the Delaware Superior court case(s) with this Federal Complaint and reverse all actions the Defendant has taken to date against Plaintiff and the subject property, such as, but not limited to: foreclosure, eviction, judgment(s), lien(s), etc. .

B. Declare that Defendant's implementation of the subject unlawful 'Note & Mortgage'; the unlawful Securitization of the 'Note & Mortgage,' the unlawful Foreclosure on the subject property, and pending eviction, be voided, rescinded and reversed, with prejudice.

C. Declare that Defendant, et al's denial of Plaintiff's rights and protections under 15 USC 1635, 18 USC 3771, **FEDERAL RULE 60 – VICTIM'S RIGHTS; AND DELAWARE CODE, TITLE 11, CHAPTER 94, "VICTIMS' BILL OF RIGHTS**," SECTIONS: 811, 841, 846, 848, 854, 861, 1312...AS WELL AS, SECURITIES FRAUD AS DELINEATED UNDER TITLE 6, CHAPTER 73 OF THE SECURITIES, **etc., be fully and immediately honored by Defendants, at the levels of payment so requested by the Plaintiff.**

D. Declare that Defendant' must pay the requested "Damages" and "Interest" due on all money due Plaintiff.

E. Request for other damages and relief identified under 15 USC 1640.

**F. Waiver of Filing Fees and any other court related fees for this Action under 18 USC 3771.**

G. Plaintiff requests that the Court remain **engaged** in the complete settlement process, by directly monitoring the prompt payments and fines/damages by the Defendant, et al; as well as the filing of all lien releases, filing all corrected deeds, etc., for Plaintiff.,

H. Award to Plaintiff such other and further relief as this Court may deem just and proper.

By: _____
**Kendall W. Hamilton**
**Mortgage Rescission Crime Victim,**
**Defrauded Mortgagor,**
**Defrauded Bankruptcy Petitioner &**
**Crime Victims' Rights Claimant**
**143 N. Katrin Circle**
**New Castle, DE 19720**
**Email: khamilton7777@yahoo.com**

## CERTIFICATE OF SERVICE

I certify that on or about June 24, 2016, a copy of this Federal Court Action will be served or has been mailed via first class mail to the Defendant's Agent, Brian T. Murray, Esq., at 903 S. College Ave., Newark, DE 19713.

By: _____
**Kendall W. Hamilton**
**Mortgage Rescission Crime Victim,**
**Defrauded Mortgagor,**
**Defrauded Bankruptcy Petitioner &**
**Crime Victims' Rights Claimant**
**Email: khamilton7777@yahoo.com**

**EXHIBITS TABLE OF CONTENTS**

**FOR**

**Kendall W. Hamilton's  'EMERGENCY PROTECTION/RESTRAINING ORDER', 'MORTGAGE RESCISSION ENFORCEMENT ACTION',  'QUIET TITLE'   and  'CRIME VICTIMS'  RIGHTS CLAIMS'**

**DESCRIPTION**

| | |
|---|---|
| **A** | **Copy of MY Illegal LIBOR NOTE** |
| **B** | **Copy of My 15 USC 1635 Mortgage Rescission Action and FAX/Mailing Proof of Delivery** |
| **C** | **Copy of FBI/DoJ "LIBOR & U.S. Dollar Rigging Press Release"** |
| | **https://www.fbi.gov/news/news_blog/five-major-banks-agree-to-plead-guilty-to-felony-charges** |
| **D** | **Copy of U.S. Bank, N.A. June 6, 2016 Letter** |
| **E** | **Copy of DoJ's "LIBOR & FX Convictions Cases"** |
| | **https://www.justice.gov/criminal-fraud/libor-and-fx** |

## Kendall W. Hamilton's

1 6 - 5 0 1

### v.

## U.S. Bank, N.A.

### 'EMERGENCY PROTECTION/RESTRAINING ORDER', 'MORTGAGE RESCISSION ENFORCEMENT ACTION', 'QUIET TITLE' and 'CRIME VICTIMS' RIGHTS CLAIMS'

### NOTARIZATION STATEMENT

**REQUESTS FOR:**
**(A) EMERGENCY PERMANENT PROTECTION / RESTRAINING ORDER**
**(B) ENFORCEMENT ORDER FOR MY FULLY EXECUTED MORTGAGE RESCISSION ACTION AND**
**(C) ENFORCEMENT AND IMPLEMENTATION OF OUR CRIME VICTIMS' RIGHTS, RELIEF AND PROTECTIONS (FEDERAL and STATE)**
**(D) ORDER TO 'QUIET TITLE' FOR PLAINTIFF HAMILTON**

STATE of Delaware || CITY/COUNTY Of _New Castle County_ - to wit:

**The Signature below are that of Kendall W. Hamilton -**
**Mortgage Rescission Enforcement Petitioner, Emergency Permanent Protection/Restraining Order Petitioner, Quiet Title Petitioner and "CRIME Victims' Rights Act Claimants for: Banking Fraud, LIBOR Fraud, U.S. Dollar Manipulation, Aggravated Identity Theft:**

Signature of Kendall W. Hamilton

I, _____Tarez Williams_____, a Notary Public in and for the jurisdiction

Aforesaid, do hereby certify that _Kendall HAMILTON_____ did

personally appear before me and acknowledge the foregoing writing on this _____ day of June, 2016.

_____
Notary Public

My Commission Expires: _____

```
TAREZ L WILLIAMS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 28, 2017
```

Notary Registration: # _____ :

SEAL/STAMP